MATTHEW MOORE,

    Petitioner,                                    Civil No. 4:16-CV-10874
                                                      HONORABLE LINDA V. PARKER

v.

THOMAS MACKIE,

    Respondent.
_____/

## OPINION AND ORDER DENYING MOTION FOR BOND (ECF NO. 30)

Petitioner Matthew Moore, presently incarcerated at the Oaks Correctional Facility in Manistee, Michigan, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, (ECF No. 1), as well as a *pro se* supplemental motion in support of the petition, (ECF No. 21). Now before the Court is Petitioner's Motion for Bond. (ECF No. 30.)

"In order to receive bail pending a decision on the merits, prisoners must be able to show not only a substantial claim of law based on the facts surrounding the petition but also the existence of 'some circumstance making [the motion for bail] exceptional and deserving of special treatment in the interests of justice.'" *Lee v. Jabe*, 989 F.2d 869, 871 (6th Cir. 1993) (alteration in original) (quoting *Dotson v. Clark*, 900 F.2d 77, 79 (6th Cir. 1990)). Because a habeas petitioner "is appealing

1

a presumptively valid state conviction[,] . . . it will indeed be the very unusual case where a habeas petitioner is admitted to bail prior to a decision on the merits in the habeas case." *Id.* Petitioner's motion fails to demonstrate the existence of any extraordinary and exceptional circumstance which merits release on bond.

Accordingly, the Motion for Bond is denied.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 31, 2020